JILL P. TELFER (State Bar No. 145450)
LAW OFFICES OF JILL P TELFER
331 J STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 446-1916
Facsimile:  (916) 446-1726
email: jilltelfer@yahoo.com

Attorney for Plaintiff
CHARLES TIMMONS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES TIMMONS**, <br><br> Plaintiff, <br><br> vs. <br><br> **UNITED PARCEL SERVICE, INC.,** **DOES 1 through 20 inclusive,** <br><br> Defendants. | CASE NO. **2:05-CV-2175-MCE-EFB** <br><br> **STIPULATION AND REQUEST OF THE PARTIES TO CONTINUE EXPERT DISCLOSURE UNTIL AFTER MEDIATION** <br><br><br> Complaint filed: October 28, 2005 |

The parties, by and through their counsel, hereby stipulate, agree and request as follows:

Plaintiff Charles Timmons, by and through his attorney of record, Jill P. Telfer, and Defendant, United Parcel Service, Inc., by and through its attorney of record, Michael Pfyl, hereby jointly request an extension of the Expert Disclosure of February 12, 2007 to March 23, 2007.  In the Pretrial Scheduling Order by Judge Morrison C. England entered on January 11, 2006 set the expert disclosure for February 12, 2007.  The reason for the stipulation and request is that the parties are participating in mediation on March 9, 2007.  In a good faith attempt to get this matter settled the parties are attempting to keep the litigation costs down.

Therefore, the parties do hereby stipulate that Expert Disclosure currently due on **February 12, 2007** be continued to **March 23, 2007.**  No other deadlines will be moved.

1 | **IT IS SO STIPULATED.**

Date:   February 2, 2007

LAW OFFICES OF JILL P. TELFER
*A Professional Corporation*

/s/ Jill P. Telfer

---

**JILL P. TELFER**
Attorney for Plaintiff
CHARLES TIMMONS

**IT IS SO STIPULATED.**

Dated: February 2, 2007

PAUL, HASTINGS, JANOFSKY

/s/Michael M. Pfyl

---

**MICHAEL M. PFYL,**
Attorney for Defendant
UNITED PARCEL SERVICE, INC.

**GOOD CAUSE APPEARING,**

**IT IS SO ORDERED.**

Dated:  February 5, 2007

---

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2