UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLES TIMMONS,

        Plaintiff,

   v.

UNITED PARCEL SERVICE, INC.;
DOES 1 through 20, inclusive,

        Defendants.

No. 2:05-cv-02175-MCE-EFB

ORDER

----oo0oo----

By Memorandum and Order filed August 8, 2007, this Court granted summary judgment in favor of Defendant United Parcel Service ("UPS"). Presently before the Court is UPS' September 6, 2007 Motion for Attorney's Fees, brought pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and Local Rule 54-293, on grounds that UPS is a prevailing party in accordance with the California Fair Employment Act and the Americans with Disabilities Act. See Cal. Govt. Code § 12965(b); 42 U.S.C. § 12205.

///

1 UPS asserts that the Court should exercise its discretion to
2 award attorney's fees, because Plaintiff's claims in this matter
3 were frivolous, unreasonable, and without foundation.
4     Plaintiff filed a Notice of Appeal in this matter on
5 September 7, 2007.  The Court may defer its ruling on attorney's
6 fees when an appeal on the merits is pending.  See 1993 Advisory
7 Committee Notes to FRCP 54(d) ("if an appeal on the merits of the
8 case is taken, the [district] court may rule on the claim for
9 fees, may defer its ruling on the motion, or may deny the motion
10 without prejudice, directing under subdivision (d)(2)(B) a new
11 period for filing after the appeal has been resolved."); Dumas v.
12 New United Motor Mfg.,Inc., 2007 WL 2109095 (N.D. Cal. 2007).
13     Given the pendency of Plaintiff's appeal, UPS' Motion for
14 Attorney's Fees is DENIED at this juncture, without prejudice to
15 being renewed following disposition of this matter upon appeal.[1]
16     IT IS SO ORDERED.

Dated: October 15, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court ordered this matter submitted on the briefing. E.D. Cal. Local Rule 78-230(h).

2