1  E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com
   JEFFREY P. MICHALOWSKI (SB#248073) jeffmichalowski@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5
   Attorneys for Defendant
6  UNITED PARCEL SERVICE, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 CHARLES TIMMONS, | CASE NO. 2:05-CV-2175-MCE-EFB |
| 12             Plaintiff, | **ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO COMPLY WITH DISCOVERY ORDER** |
| 13        vs. | |
| 14 UNITED PARCEL SERVICE, INC., DOES 1 through 20 inclusive, | |
| 15             Defendants. | Date:     October 1, 2009<br>Time:     TBD<br>Dept.     3, 15th Floor<br>Honorable Morrison C. England, Jr. |

On October 1, 2009, a hearing was held on the *ex parte* application of defendant United Parcel Service, to extend the time to Comply with Magistrate Judge Brennan's Discovery Order (Docket No. 99). Jill Telfer of the Law Offices of Jill Telfer appeared for plaintiff Charles Timmons and Jeffrey P. Michalowski of Paul, Hastings, Janofsky & Walker LLP appeared for UPS.

The Court having considered the papers on application, the arguments of counsel, and the law, and good cause appearing therefor,

IT IS ORDERED that the application be and is hereby GRANTED.

UPS is to comply with Magistrate Judge Brennan's partial grant of Plaintiff's motion to compel responses to plaintiff's Request for Production, Set Three (Docket No. 88) by **October 9, 2009.**

UPS is to produce its 30(b)(6) witness regarding vacant positions within defendant organization in California from October 12, 2004 and October 12, 2006 by **October 30, 2009.**

Non-expert discovery is to remain open past the October 2, 2009 deadline for the above-stated purposes only. No other deadlines in this Court's Amended Pretrial Scheduling Order (Docket No. 85) are modified.

DATED: October 1, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE