JILL P. TELFER (State Bar No. 145450)
LAW OFFICES OF JILL P TELFER
331 J STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 446-1916
Facsimile:  (916) 446-1726
email: jilltelfer@yahoo.com

Attorney for Plaintiff
**CHARLES TIMMONS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES TIMMONS**, | CASE NO.  2:05-cv-02175-MCE-EFB |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE THE COURT'S PRETRIAL SCHEDULING ORDER**; **ORDER** |
| **UNITED PARCEL SERVICE, INC., DOES 1 through 20 inclusive,** | |
| Defendants. | |

The parties in this matter hereby agree and request the Court to amend the Pre-Trial Scheduling Order to continue the deadline for expert disclosures from December 2, 2009 to January 15, 2010.  The witness that UPS designated in response to Plaintiff's Notice of Deposition Regarding Vacant Article 22.3 Positions in California will be out of the state and unavailable for deposition until December 11, 2009.  The parties' experts may be relying on the testimony of this witness in rendering their opinions.

Because of these circumstances, the parties hereby agree to continue the following dates:

1. The expert disclosure date of **December 2, 2009**, to be continued to **January 15, 2010**; and

2. The pretrial and trial dates will remain the same.

///

///

///

**IT IS SO STIPULATED:**

Dated:  November 4, 2009                     Respectfully submitted,

                                                              LAW OFFICES OF JILL P. TELFER
*A Professional Corporation*

                                                              /s/
                                                            JILL P. TELFER
Attorney for Plaintiff,
**CHARLES TIMMONS**

Dated:  November 4, 2009                     PAUL, HASTINGS, JANOFSKY & WALKER

                                                              /s/
                                                            JEFFREY MICHALOWSKI
Attorneys for Defendant
**UNITED PARCEL SERVICE, INC.**

**GOOD CAUSE APPEARING,**

       Based upon the parties' stipulation, **IT IS SO ORDERED** as follows:

       1.     The expert disclosure date of December 2, 2009, to be continued to January 15, 2010; and

       2.     The pretrial and trial dates will remain the same.

Dated:  November 25, 2009

                                                             MORRISON C. ENGLAND, JR.
                                                             UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

CASE NAME:    **TIMMONS v. UPS**
CASE NO.:    **2:05-CV-02175-MCE-EFB**

     I declare that I am a citizen of the United States, that I have attained the age of majority, and that I am not a party to this action. My business address is 331 J Street, Sacramento, California 95814. I am familiar with this firm's practice of collection and processing of correspondence to be deposited for delivery via the U.S. Postal Service as well as other methods used for delivery of correspondence. On the below stated date, in the manner indicated, I caused the within document(s) entitled:

**STIPULATION TO CONTINUE THE COURT'S PRETRIAL SCHEDULING ORDER; ORDER**

to be served on the party(ies) or their (its) attorney(s) of record in this action:

[ x ]    Via Mail: I caused each envelope (with postage affixed thereto) to be placed in the U.S. mail at Sacramento, California.

[ ]    Via **CERTIFIED** Mail: I caused each envelope (with postage affixed thereto) to be placed in the U.S. mail at Sacramento, California.

[ ]    Via Personal Service: I instructed each document to be hand-delivered via **HAND DELIVERY** to the address listed below.

[ ]    Via Overnight Courier: I caused each envelope to be delivered via overnight mail by **FEDERAL EXPRESS**.

[ x ]    Via **FACSIMILE**: I instructed such to be transmitted via facsimile to the office(s) list below.

addressed as follows:

**Jeffrey Michalowski**
**Paul, Hastings, Janofsky & Walker**
**55 Second Street, 24th Floor**
**San Francisco, CA 94105-3441**
**(415) 856-7000**
**(415) 856-7100 - fax**

[ ]    State: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[**X**]    Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on November 25, 2009, at Sacramento, California.


                                          Camille Rasmussen