JILL P. TELFER (State Bar No. 145450)
LAW OFFICES OF JILL P TELFER
331 J STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 446-1916
Facsimile:  (916) 446-1726
email: jilltelfer@yahoo.com

Attorney for Plaintiff
**CHARLES TIMMONS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES TIMMONS**, <br><br> Plaintiff, <br><br> vs. <br><br> **UNITED PARCEL SERVICE, INC.,** <br> **DOES 1 through 20 inclusive,** <br><br> Defendants. | CASE NO. **2:05-CV-02175-MCE-EFB** <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE PRETRIAL CONFERENCE** <br><br><br><br><br> Trial Date: August, 2, 2010 |

On June 7, 2010, Plaintiff's counsel made an ex-parte request to continue the Pretrial Conference set for June 10, 2010 at 2:00 p.m. in Courtroom 7. Based on Plaintiff's moving papers and supporting Declaration, Good Cause exists to continue the conference which this Court is able to accommodate.

The application to continue the hearing is accordingly GRANTED. The Pretrial Conference date of June 10, 2010 is moved to June 11, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

1

DECLARATION OF JILL P. TELFER IN SUPPORT OF PLAINTIFF'S REQUEST TO CONTINUE PRETRIAL CONFERENCE