UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLES TIMMONS,　　　　　　　　　　No. 2:05-cv-02175-MCE-EFB

　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　**ORDER**

UNITED PARCEL SERVICE, INC.,
DOES 1 through 20, inclusive,

　　　　Defendants.

----oo0oo----

Presently before the Court is an Ex Parte Application, filed on behalf of Plaintiff Charles Timmons ("Plaintiff"), to continue the presently scheduled trial date of July 26, 2010 to August 2, 2010. This case had originally been set for trial on August 2, 2010, but at the time of the Final Pretrial Conference on June 11, 2010, it had been advanced one week given the Court's scheduling concerns. Although both sides had agreed to the July 26, 2010 date at the time of the June 11, 2010 conference, Plaintiff's counsel, Jill Telfer, states she subsequently discovered that Plaintiff's treating physician, Louise Krone M.D., was unavailable to testify prior to August 2, 2010.

1

Because Plaintiff's counsel believed it essential to elicit Dr. Krone's testimony early in her case in order to provide the necessary factual backdrop for what reasonable accommodations could arguably have been provided, on June 18, 2010 she filed the instant application requesting a reinstatement of the original August 2, 2010 trial date.

On June 21, 2010, counsel for United Parcel Service filed a Statement of Non-Opposition to Plaintiff's request.  Given that non-opposition, and good cause appearing therefor, Plaintiff's Request to Continue (Docket No. 169) is hereby GRANTED.  The trial in this matter is now set to commence on August 2, 2010.

IT IS SO ORDERED.

Dated: June 22, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2