1  JILL TELFER, SBN 145450
   LAW OFFICES OF JILL TELFER
2  331 "J" Street, Suite 200
   Sacramento, California  95814
3  Telephone:  (916) 446-1916

4  Attorney for Plaintiff
   **CHARLES TIMMON**S

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES TIMMONS**, | Case No.  2:05-cv-02175-MCE-EFB |
| Plaintiffs, | **STIPULATION TO DISMISS THE FIRST CLAIM UNDER THE AMERICAN WITH DISABILITY ONLY; THE FIRST CLAIM IS STILL TO REMAIN UNDER THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT** |
| v. | |
| UNITED PARCEL SERVICE, INC., **DOES 1 through 20 inclusive**, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff CHARLES TIMMONS and Defendant UNITED PARCEL SERVICE, INC., by and through their respective counsel, that Plaintiff hereby dismisses, with prejudice, **his claim under the American with Disabilities Act ("ADA")**.  Only the first claim for Disability Discrimination under the Fair Employment and Housing Act, ("FEHA"), namely the Failure to Engage in the Interactive Process, and Failure to Reasonably Accommodate claims remain.

///
///
///
///

The parties agree not to seek costs or attorney's fees based solely on the dismissal of the ADA claim; provided, however, that UPS does not waive or limit its right to seek prevailing-party costs and attorney's fees at the conclusion of the action under the standards for such costs and fees provided by law.

IT IS SO STIPULATED.
DATED: 7/21/10

LAW OFFICES OF JILL P. TELFER

/s/
_____
JILL P. TELFER
Attorney for Plaintiff,
**CHARLES TIMMONS**

IT IS SO STIPULATED.
DATED: 7/21/10

PAUL, HASTINGS, JANOFSKY, et al.

/s/
_____
JEFFREY MICHALOWSKI
Attorney for Defendants
**UNITED PARCEL SERVICE**

### ORDER

The parties having stipulated and good cause appearing therefore, IT IS SO ORDERED.

Dated: July 23, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE