**FILED**

AUG 1 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br><br>    Defendant. | No. 2:05-cv-02175-MCE<br><br><br><br>**VERDICT FORM** |

We, the jury in the above-entitled action, unanimously find the following special verdicts on the questions submitted to us:

**I.  FAILURE TO ENGAGE IN THE INTERACTIVE PROCESS**

1.  Did Charles Timmons request that United Parcel Service, Inc. make reasonable accommodation for his physical disability so that he would be able to perform the essential job requirements?

    _____ YES            ___X___ NO

If your answer to question 1 is yes, then answer question 2. If you answered no, please sign and date the verdict form.

///

///

///

1

2.  Was Charles Timmons willing to participate in an interactive process to determine whether reasonable accommodation could be made so that he would be able to perform the essential job requirements?

_____ YES           _____ NO

If your answer to question 2 is yes, then answer question 3.  If you answered no, then proceed to question 6.

3.  Did United Parcel Service, Inc. fail to participate in a timely, good faith interactive process with Charles Timmons to determine whether reasonable accommodation could be made?

_____ YES           _____ NO

If your answer to question 3 is yes, then answer question 4.  If you answered no, then proceed to question 6.

4.  Was Charles Timmons harmed?

_____ YES           _____ NO

If your answer to question 4 is yes, then answer question 5.  If you answered no, then proceed to question 6.

5.  Was United Parcel Service, Inc's failure to participate in a good faith interactive process a substantial factor in causing harm to Charles Timmons?

_____ YES           _____ NO

Proceed to question 6.

II.  **FAILURE TO PROVIDE REASONABLE ACCOMMODATION**

6.  Was Charles Timmons able to perform the essential job duties of his position or an alternative vacant position that he desired and for which he was qualified with reasonable accommodation for his physical condition?

_____ YES           _____ NO

If your answer to question 6 is yes, then answer question 7.  If you answered no to question 6, but your answer to question 5 was yes, then proceed to question 10.  Otherwise, please sign and date the special verdict form.

///

1  7.  Did United Parcel Service, Inc. fail to provide reasonable accommodation for Charles
2  Timmons' physical condition?
3  _____ YES         _____ NO
4  If your answer to question 7 is yes, then answer question 8.  If you answered no to
5  question 7, but your answer to question 5 was yes, then proceed to question 10.  Otherwise, please
6  sign and date the special verdict form.
7  8.  Would Charles Timmons' proposed accommodations have created an undue hardship
8  to the operation of United Parcel Service, Inc.'s business?
9  _____ YES         _____ NO
10 If your answer to question 8 is no, then answer question 9.  If you answered yes to
11 question 8, but your answer to question 5 was yes, then proceed to question 10.  Otherwise, please
12 sign and date the special verdict form.
13 9.  Was United Parcel Service, Inc.'s failure to provide reasonable accommodation a
14 substantial factor in causing harm to Charles Timmons?
15 _____ YES         _____ NO
16 If your answer to question 9 or question 5 is yes, then proceed to question 10.  If you
17 answered no to question 9 and question 5, then proceed to the end of this form and have the Jury
18 Foreperson sign and date the special verdict form.
19 **III.   DAMAGES**
20 10.  What are Charles Timmons' damages?
21   a.  Past economic loss: lost earnings                                    $_____
22   b.  Future economic loss: lost earnings                                  $_____
23         Total Economic Damages:                                            $_____
24   c.  Past non-economic loss, including emotional distress    $_____
25   d.  Future non-economic loss, including emotional distress $_____
26         Total Non-Economic Damages:                                        $_____
27                                                         TOTAL:   $_____
28 Please answer question 11.

1    11.    Did United Parcel Service, Inc. engage in the conduct with malice, oppression or fraud?

_____ YES          _____ NO

If you answered question 11 yes, please answer question 12.  If you answered no, please sign and date the special verdict form.

12.    Did one or more officers, directors, or managing agents of United Parcel Service, Inc. authorize or ratify this conduct?

_____ YES          _____ NO

Please sign and date the special verdict form.

DATED: 08 12 2010                              _____
                                                JURY FOREPERSON